IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RADAMED VELEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ENHANCED RECOVERY COMPANY, LLC | : | NO. 16-164 |

ORDER

AND NOW, this 2nd day of May, 2016, upon consideration of defendant's motions to dismiss, and plaintiff's response in opposition thereto, and for the reasons set forth in our Memorandum issued this day, it its hereby ORDERED that:

1. Defendant's motion to dismiss the original complaint (docket entry #4) is DISMISSED AS MOOT;

2. Defendant's motion to dismiss the amended complaint (docket entry #8) is DENIED; and

3. Defendant shall ANSWER the amended complaint by noon on May 13, 2016.

BY THE COURT:

_/s/ Stewart Dazell, J.
Stewart Dalzell, J.